UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TRUSTEES OF MEASE HOSPITAL,
INC., d/b/a Mease Countryside Hospital,

    Plaintiff,

v.                                                CASE NO.: 09-cv-1795-T-23MAP

KATHLEEN SEBELIUS, Secretary of
the United States Department of Health
and Human Services,

    Defendant.
_____/

**ORDER**

    Pursuant to 28 U.S.C. § 636, two orders (Docs. 18, 21) refer the parties' cross-motions (Docs. 17, 19) for summary judgment to Magistrate Judge Mark A. Pizzo for a report and recommendation.  On July 26, 2010, Magistrate Judge Pizzo issued a report (Doc. 28) that recommends denying the plaintiff's motion (Doc. 17) and granting the Secretary's motion (Doc. 19).  Neither the plaintiff nor the Secretary timely object to the report and recommendation (Doc. 28).  Accordingly, the report (Doc. 28) is **ADOPTED**, the plaintiff's motion (Doc. 17) for summary judgment is **DENIED**, and the Secretary's cross-motion (Doc. 19) for summary judgment is **GRANTED**.  The Clerk is directed to (1) enter judgment in favor of the Secretary and against the plaintiff, (2) terminate any pending motion, and (3) close the case.

    ORDERED in Tampa, Florida, on August 16, 2010.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE